**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

JAHMIRA HINTON,

Plaintiff,

v.

TRANSUNION LLC,

Defendant.

Case No.:  26-cv-01091-DMS-MSB

**ORDER DENYING AS MOOT DEFENDANT'S MOTION FOR JUDGMENT ON THE PLEADINGS**

Pending before the Court is Defendant TransUnion LLC's Motion for Judgment on the Pleadings ("Motion") filed on April 8, 2026.  (ECF No. 10).  On April 27, 2026, Plaintiff, proceeding *pro se*, filed a First Amended Complaint ("FAC"), in addition to her opposition filed a few days earlier.  (ECF Nos. 14, 15).  On May 11, 2026, Defendant filed an answer to the FAC.  Although Plaintiff's deadline to amend as a matter of course had passed and she did not seek leave of court before filing the FAC, the Court exercises its discretion to allow for this amendment.  *See* Fed. R. Civ. P. 15(a)(1), (a)(2) ("The court should freely give leave when justice so requires.").

"If a plaintiff amends her complaint, the new pleading supersedes the old one: The original pleading no longer performs any function in the case." *Royal Canin U. S. A., Inc. v. Wullschleger*, 604 U.S. 22, 35 (2025) (citation modified).  Any motion targeting the earlier pleading is thereafter moot. *Ramirez v. County of San Bernardino*, 806 F.3d 1002,

1

1008 (9th Cir. 2015).    Accordingly, Plaintiff's FAC is the operative pleading and Defendant's Motion is **DENIED AS MOOT**.

**IT IS SO ORDERED.**

Dated:  June 24, 2026

_____

Hon. Dana M. Sabraw
United States District Judge

2

26-cv-01091-DMS-MSB